**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000779
09-MAY-2013
08:08 AM**

NO. CAAP-12-0000779

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
HENRY CHESTER CROSBY, III, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(KONA DIVISION)
(CASE NO. 3DTA-12-01020; REPORT NO. C12009097)


SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Defendant-Appellant Henry Chester Crosby, III (**Crosby**) appeals from Judgment and Notice of Entry of Judgment entered on August 3, 2012 (**Judgment**), in the District Court of the Third Circuit, Kona Division (**District Court**).[1] Crosby was charged with and convicted of operating a motor vehicle under the influence of an intoxicant in violation of Hawaii Revised Statutes (HRS) § 291E-61(a) (Supp. 2012) and inattention to driving in violation of HRS § 291-12 (Supp. 2012).  Crosby raises three points of error on appeal, which appear to challenge the basis for charging him, various evidentiary rulings, and the justness of his conviction, but provides no transcripts or other support for his contentions.

Upon careful review of the record and the briefs submitted by the parties and having given due consideration to

---

[1] The Honorable Joseph P. Florendo, Jr., presided.

the issues raised by the parties, we conclude that Crosby's points of error are without merit.

Accordingly, the District Court's August 3, 2012 Judgment is affirmed.

DATED: Honolulu, Hawai'i, May 9, 2013.

On the briefs:

Henry Chester Crosby, III
Defendant-Appellant Pro Se

Linda L. Walton
Deputy Prosecuting Attorney
County of Hawai'i
for Plaintiff-Appellee

Presiding Judge

Associate Judge

Associate Judge